# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES MORRISON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTRUST CORPORATION and ENTRUST MN CORPORATION,<br><br>Defendants. | Case No. 0:23-cv-00415-WMW-ECW |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff James Morrison, on behalf of himself and all others similarly situated, hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiff and Defendants, Entrust Corporation and Entrust MN Corporation (collectively, "Entrust" or "Defendants"), and the attachments thereto (including the Claim Form, the Short Form Notice, the Long Form Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order) filed herewith in support of this Motion as fair, reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Rule 23 for settlement purposes only;

1

3. Approve the Notice Program set forth in the Settlement Agreement, including the form and content of the notices attached to the Settlement Agreement as Exhibits A and B;

4. Designate Plaintiff as Class Representative;

5. Appoint Raina C. Borrelli of Turke & Strauss LLP as Class Counsel;

6. Approve the retention of RG2 as Settlement Administrator;

7. Approve the procedures set forth in Section VI of the Settlement Agreement (Exhibit 1 to the supporting Memorandum) for Settlement Class Members to exclude themselves from the Settlement Class or object to the Settlement;

8. Approve the use of a claim form substantially similar to that attached as Exhibit C to the Settlement Agreement, filed herewith;

9. Further stay the Action or otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

10. Stay and/or enjoin, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

11. Schedule a Final Approval Hearing for a time and date convenient for the Court, at which the Court will conduct an inquiry into the fairness of the Settlement, final approval of the Settlement and consideration of Settlement Class Counsel's Motion for Award of Fees, Expenses, Expenses, and Service Awards for the Class Representative.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiff's

Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Raina C. Borrelli filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: August 14, 2023                    TURKE & STRAUSS LLP

                                          By:  */s/ Raina C. Borrelli*
                                               Raina C. Borrelli
                                               Samuel J. Strauss (*pro hac vice*)
                                               Brittany Resch
                                               613 Williamson St., Suite 201
                                               Madison, WI 53703
                                               Telephone (608) 237-1775
                                               Facsimile: (608) 509-4423
                                               raina@turkestrauss.com
                                               sam@turkestrauss.com
                                               brittanyr@turkestrauss.com

                                          *Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 14th day of August, 2023.

                TURKE & STRAUSS LLP

                By: */s/ Raina C. Borrelli*
                     Raina C. Borrelli
                     raina@turkestrauss.com
                     TURKE & STRAUSS LLP
                     613 Williamson St., Suite 201
                     Madison, WI 53703
                     Telephone: (608) 237-1775
                     Facsimile: (608) 509-4423