UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES MORRISON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTRUST CORPORATION and ENTRUST MN CORPORATION,<br><br>Defendants. | Case No. 0:23-cv-00415-WMW-ECW<br><br>Judge Eric C. Tostrud |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff James Morrison, on behalf of himself and all others similarly situated, hereby move this Court to grant his Motion for Final Approval of Class Action Settlement, as follows:

1. Grant final approval of the proposed Settlement of this case as fair, reasonable, and adequate.

2. Grant final certification to the Settlement Class.

3. Award Class Counsel one-third of the Settlement Fund, or $125,000.

4. Award Class Counsel $10,000 in reasonable expenses.

5. Award James Morrison, as Settlement Class Representative, $3,000 for his service to the Settlement Class.

6. Grant final approval of the methods and forms of notice provided to Class Members.

1

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement; (3) the Declaration of Dana Boub Regarding Notice Administration; (4) all of the other records, pleadings, and papers filed in this action; and (5) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: March 21, 2024          TURKE & STRAUSS LLP

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    Samuel J. Strauss (*pro hac vice*)
    Brittany Resch
    613 Williamson St., Suite 201
    Madison, WI 53703
    Telephone (608) 237-1775
    Facsimile: (608) 509-4423
    raina@turkestrauss.com
    sam@turkestrauss.com
    brittanyr@turkestrauss.com

*Attorneys for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 21st day of March, 2024.

        TURKE & STRAUSS LLP

        By: */s/ Raina C. Borrelli*
          Raina C. Borrelli
          raina@turkestrauss.com
          TURKE & STRAUSS LLP
          613 Williamson St., Suite 201
          Madison, WI 53703
          Telephone: (608) 237-1775
          Facsimile: (608) 509-4423